B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Homevest Capital, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>20-3512426 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>6701 Carmel Rd. Suite 110<br>Charlotte, NC<br>ZIP CODE 28226 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Mecklenburg | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other<br>Loan Investment Company<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☑ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13<br>**Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☑ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Homevest Capital, LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: N/A | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: UM Capital, LLC | Case Number: Pending | Date Filed: 2/20/09 |
| District: District of Delaware | Relationship: Affiliate | Judge: Pending |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Homevest Capital, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  */s/ Donna L. Culver/*
Signature of Attorney for Debtor(s)
**Donna L. Culver**
Printed Name of Attorney for Debtor(s)
**Morris, Nichols, Arsht & Tunnell, LLP**
Firm Name
**1201 North Market St., Wilmington, DE**
Address **19801**

**302-658-9200**
Telephone Number
**2/20/09**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Scott Hoehn**
Printed Name of Authorized Individual
**Vice President**
Title of Authorized Individual
**2/20/09**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

HOMEVEST CAPITAL, LLC

JOINT WRITTEN CONSENT
OF THE BOARD OF DIRECTORS, THE MANAGERS AND THE SOLE MEMBER

February 12, 2009

Effective the 12th day of February, 2009, the undersigned, being and constituting all persons serving as directors on the board of directors (the "**Board**"), all of the managers (the "**Managers**") and the sole member (the "**Member**") of HomeVest Capital, LLC, a North Carolina limited liability company (the "**Company**"), by execution hereof do hereby: (i) consent to and take the following actions as of the date hereof pursuant to the authority granted to the Board, the Managers and the Member under the North Carolina Limited Liability Company Act and the Operating Agreement of the Company, as amended (the "**Operating Agreement**"), which actions shall have the same force and effect as if adopted by an affirmative vote at meetings of the Board and the Managers and at a meeting of the Member, duly called and held; (ii) waive all requirements of notice; and (iii) direct that this unanimous written consent (the "**Consent**") be filed with the minutes of the proceedings of the Company.

Approval of Chapter 7 Bankruptcy Filing.

WHEREAS, the Board, the Managers, and the Member believe it is in the best interest of the Company, its creditors and its Member to institute voluntary proceedings in the United States Bankruptcy Court for the District of Delaware for liquidation under Title 11 of the United States Code (the "**Bankruptcy Proceeding**").

NOW, THEREFORE, BE IT RESOLVED, that the Company is hereby authorized to execute and file a Voluntary Petition under Chapter 7 of Title 11 of the United States Code; and that the Voluntary Petition with such additions, deletions, amendments and modifications as the Managers or the officers of the Company (together with such other officers as any of them shall designate, the "**Designated Officers**") may approve (such approval to be conclusively, but not exclusively, evidenced by their execution and delivery of the Petition) be, and the same hereby are, adopted and approved and that the Managers and the Designated Officers be, and each of them hereby is, authorized, empowered and directed to execute and deliver, in the name and on behalf of the Company, the Voluntary Petition and any amendments thereto and such further documents, including, without limitation, certificates of corporate resolution and incumbency, or such other documents as they deem necessary, desirable or appropriate in connection with the Voluntary Petition.

FURTHER RESOLVED, that the Company is hereby authorized to engage the law firm of Morris, Nichols, Arsht & Tunnell, LLP to serve as counsel in the Bankruptcy Proceeding.

General Authority

RESOLVED, that all actions heretofore taken and all documentation heretofore delivered by any of the Board, the Managers and its Designated Officers are hereby ratified, adopted, approved and confirmed and declared to be binding and enforceable obligations of the Company in accordance with the respective terms and provisions thereof; and

**FURTHER RESOLVED**, that the Board, the Managers and its Designated Officers be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to take, or cause to be taken, any and all other such acts and actions and to prepare, execute, deliver and file, or cause to be prepared, executed, delivered and filed, any and all such other documents or instruments as, with the advice of counsel, they may deem necessary, desirable or appropriate to carry out the full intent and purpose of the foregoing resolutions.

**IN WITNESS WHEREOF**, the undersigned have executed this Consent, in counterparts or otherwise, as of the date first written above.

DIRECTORS:

_____
ARTHUR E. KECHIJIAN

_____
LARRY E. AUSTIN

MANAGERS:

_____
ARTHUR E. KECHIJIAN

_____
LARRY E. AUSTIN

MEMBER:

UMLIC HOLDINGS, LLC,
a Delaware limited liability company

_____
ARTHUR E. KECHIJIAN, Manager

_____
LARRY E. AUSTIN, Manager

CHARLOTTE 49433.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | ) | Chapter 7 |
| --- | --- | --- |
|  | ) |  |
| HOMEVEST CAPITAL, LLC, | ) | Case No. 09-_____ (____) |
|  | ) |  |
| Debtor. | ) |  |

**CORPORATE OWNERSHIP STATEMENT OF THE DEBTOR PURSUANT TO RULES 1007(a) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rules 1007(a) and 7007.1 of the Federal Rules of Bankruptcy Procedure, HomeVest Capital, LLC, a North Carolina limited liability company, as debtor, hereby represents that it is wholly-owned by UMLIC Holdings, LLC, a Delaware limited liability company which is, in turn, wholly-owned by United Mortgage Holdings, LLC, a North Carolina LLC formerly known as United Mortgage Holdings II, LLC.

February 20, 2009

HomeVest Capital, LLC

_____
Scott Hoehn
Vice President

2736354.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| HOMEVEST CAPITAL, LLC, ) | Case No. 09-_____(____) |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTORS

1. Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that Morris, Nichols, Arsht & Tunnell LLP (the "Firm") are the attorneys for the above-named debtor in this bankruptcy case and that compensation paid to the Firm within one year before the filing of the petition in bankruptcy, or agreed to be paid to the Firm, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy cases is as follows:

| | |
|---|---|
| For legal services, the Firm has agreed to accept | $50,000.00[1] |
| Prior to the filing of this statement the Firm has received | $50,000.00[2] |
| Balance Due | $    0.00 |

---

[1] The above-disclosed fee was agreed to with respect to legal services for the debtor and the and UM Capital, LLC, an affiliate of the debtor.

[2] The Firm received retainers from the debtor in advance of services performed to secure payment of fees for legal services rendered and expenses incurred by the Firm on behalf of the debtor.

2. The source of the compensation paid to the Firm was:

    \_\_\_\_\_ Debtor     \_\_X\_\_ Other (specify)

The Firm received two check payments in the amount of $25,000.00 each drawn on a bank account in the name of United Mortgage & Loan Investment, LLC, an affiliate of the debtor.

3. The source of compensation to be paid to the Firm is:

    \_\_\_\_\_ Debtor     \_\_\_\_\_ Other (specify)

4. \_\_X\_ The Firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the Firm.

\_\_\_\_\_ The Firm has agreed to share the above-disclosed compensation with another person or persons who are not members and associates of the Firm. A copy of the agreement, together with a list of names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, the Firm has agreed to render legal services for all aspects of the bankruptcy case, including:

   a. Assistance with and preparation and filing of any petitions, schedules, and statements of affairs which may be required; and

   b. Representation of the debtor at the meeting of creditors pursuant to 11 U.S.C. § 341(a).

6. By agreement with the debtor, the above-disclosed fee does not include the following services:

The Firm has been retained to serve as bankruptcy counsel to the debtor for purposes of assisting in the preparation and the initial filing of petitions and supporting summary of schedules and statement of financial affairs in connection with the debtor's bankruptcy filing

and in connection with the meeting of creditors pursuant to 11 U.S.C. § 341(a). Except as indicated, the Firm's engagement does not include any post-petition services, nor does it include appearances before any court or agency, other than the Bankruptcy Court for the District of Delaware, with respect to matters, which are, in essence, disputes involving issues of non-bankruptcy law, or the provision of substantive legal advice outside of the insolvency area, unless the Firm agrees to represent the debtor post-petition in such matters. In this regard, the Firm will not provide advice or representation regarding matters of taxation, ERISA, securities, probate/estate planning, criminal or other non-bankruptcy or non-debtor/creditor specialties of the law.

## **CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to the Firm for representation of the debtor in this bankruptcy proceeding.

February 20, 2009

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*(signature)*
Donna L. Culver (No. 2983)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

*Proposed Counsel for the Debtors and Debtors in Possession*

2736193.1