Official Form 6 - Summary (10/06)

# United States Bankruptcy Court
## For The District Of Delaware

In re    Homevest Capital, LLC    ,    Case No.    09-10602 (CSS)
        Debtor

Chapter    7

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $791,000 | | |
| B - Personal Property | Yes | 5 | $1,431,996.66 | | |
| C - Property Claimed As Exempt | No | N/A | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $151,993 | |
| E. Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $5,629,926.07 | |
| G - Executory Contract and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | N/A | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | N/A | | | $ |
| TOTAL | | 16 | $2,222,996.66 | $5,781,919.07 | |

2734282.2

B6A (Official Form 6A) (12/07)

In re ___Homevest Capital, LLC___ ,                    Case No.     09-10602 (CSS)
              Debtor                                                                                                           (If known)

## SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION[1] | AMOUNT OF SECURED CLAIM[2] |
|---|---|---|---|---|
| REO<br>55 Whittemore Road<br>Sturbridge, MA 01566 | Ownership/Repossessed Property | | 500,000 | 207,000 |
| REO<br>754 Miller Avenue<br>Brooklyn, NY 11207 | Ownership/Repossessed Property | | 220,000 | 142,762 |
| REO<br>512 North Severdrup<br>Jackson, MN 56143 | Ownership/Repossessed Property | | 24,000 | 1,679 |
| REO<br>RR Box 4<br>Bokoshe, OK 74951 | Ownership/Repossessed Property | | 8,000 | 515 |
| REO<br>3313 Anton Street<br>Whistler, AL 36611 | Ownership/Repossessed Property | | 7,000 | 103 |
| REO<br>5803 Lower Twin Road<br>South Salem, OH 45681 | Ownership/Repossessed Property | | 32,000 | 1,635 |
| | Total ▶ | | 791,000.00 | |

(Report also on Summary of Schedules.)

---

[1]    Value is based on most recent quick sale appraisal which may or may not reflect current value.
[2]    Estimated as of the Petition Date and subject to challenge/dispute.

2765423.2

In re    __Homevest Capital, LLC_____,    Case No. _____09-10602 (CSS)_____
            Debtor                                                                                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

      Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Lockbox account Wachovia Bank, NA<br>P.O. Box 60771<br>Charlotte, NC 28260-0771<br>2000026407902 | | Undetermined |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Attached Schedule B9 | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

In re   **Homevest Capital, LLC**               ,                                    Case No.   __09-10602 (CSS)__
       Debtor                                                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% interest in Homevest REO, LLC, which owns real property located at 805 Canal Street, Easton, PA | | 1,200,000* |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | See Attached Schedule B18 | | |
| 19. Equitable or future interests, life estates, and rights or powers exercise-able for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

\*   Potentially subject to claims of Pennsylvania Industrial Development Authority pursuant to Mortgage Consolidation and Participation Agreement.

In re __Homevest Capital, LLC_____,  Case No. ____09-10602 (CSS)___
       Debtor                                                                                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Names and mailing addresses of counterparties to various loans Previously owned by the debtor | | Undetermined |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                    __2__ continuation sheets attached     Total ➤   $1,431,996.66
                    (Include amounts from any continuation
                    sheets attached. Report total also on
                    Summary of Schedules.)

2765529.2

Homevest Capital, LLC
Case No. 09-10602 (CSS)
Schedule B – Attachment for Item 9

NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH

| Policy Type | Limits | Policy Term | Insurer | Policy Number |
|---|---|---|---|---|
| Property – Forced Placed (Blanket Coverage) | Varies based on property value | 4/1/08 – 4/1/09 | Lloyd's/Insurmark/Financial & Professional Risk Solutions | IN00163 - RC |

27765680.1

Homevest Capital, LLC
Case No. 09-10602 (CSS)
Schedule B – Attachment for Item 18

OTHER LIQUIDATED DEBTS OWED TO DEBTOR INCLUDING TAX REFUNDS. GIVE PARTICULARS

| Equity Due From | Description | Amount |
|---|---|---|
| Värde Partners, L.P.<br>8500 Normandale Lake Blvd.<br>Suite 1570<br>Minneapolis, MN  55437<br>Attn: Chris Giles | Amounts due under Agreement Concerning Transfer of Servicing and Assets by and among Värde Investment Partners, L.P., Wachovia Capital Markets, LLC, Homevest Capital, LLC, UM Capital, LLC, United Mortgage & Loan Investment, LLC, Larry E. Austin and Arthur Kechijian and assigned to debtor | 100,000 |
| Wachovia Capital Markets, LLC<br>301 South College Street – NC0610<br>Charlotte, NC  28288<br>Attn: Goetz Rokahr | Amounts due under Agreement Concerning Transfer of Servicing and Assets by and among Värde Investment Partners, L.P., Wachovia Capital Markets, LLC, Homevest Capital, LLC, UM Capital, LLC, United Mortgage & Loan Investment, LLC, Larry E. Austin and Arthur Kechijian and assigned to debtor | 100,000 |
| Commonwealth of Pennsylvania<br>Department of Community & Economic Development<br>Office of Chief Counsel<br>Commonwealth Keystone Building<br>400 North Street, 4th Floor<br>Harrisburg, PA  17120-0225<br>Attn: Charles Rees Brown | Expense reimbursement for amounts advanced by debtor with respect to property located at 805 Canal Street, Easton, PA pursuant to Mortgage Consolidation and Participation Agreement | 31,996.66 |
|  |  | Total: 231,996.66 |

2765681.3

B 6D (Official Form 6D) (12/07)

In re __Homevest Capital, LLC_____,    Case No. _____09-10602 (CSS)_____
                      Debtor                                                  (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL[1] | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jackson Co Auditor/Treas.<br>Courthouse, 405 4th Street<br>Jackson, MN | | | Taxing Authority<br>512 N. Severdrup<br>Jackson, MN<br><br>VALUE $24,000.00 | X | | X | 1,679.00 | Undetermined |
| ACCOUNT NO.<br>LeFlore County Treas.<br>100 S. Broadway<br>PO Box 100<br>Poteau, OK 74953 | | | Taxing Authority<br>RR Box 4<br>Bokoshe, OK<br><br>VALUE $8,000.00 | X | | X | 515.00 | Undetermined |
| ACCOUNT NO.<br>Mobile County<br>Revenue Commission<br>3925 Michael Blvd.<br>Ste G.<br>West Mobile, AL 36609 | | | Taxing Authority<br>3313 Anton St.<br>Whistler, AL<br><br>VALUE $7,000.00 | X | | X | 103.00 | Undetermined |
| _____ continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $2,297.00 | Undetermined |
| | | | Total ▶<br>(Use only on last page) | | | | $ | Undetermined |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

---

[1] Estimated as of the petition date and subject to challenge/dispute.

2734288.3

B 6D (Official Form 6D) (12/07) – Cont.

In re __Homevest Capital, LLC_____,    Case No. ___09-10602 (CSS)___
                        Debtor                                            (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. NYC Dept of Finance-Prop Tax Division, PO Box 32 Church St. Station, NY 10008-0032 | | | Taxing Authority 754 Miller Avenue Brooklyn, NY Various dates VALUE $220,000.00 | X | | X | 125,000.00 | Undetermined |
| ACCOUNT NO. NYC Water Board PO Box 410 Church St. Station, NY 10008-0410 | | | 754 Miller Ave Brooklyn, NY Various dates VALUE $220,000.00 | X | | X | 18,000.00 | Undetermined |
| ACCOUNT NO. Ross Co. Treasurer 2 N. Paint St., Ste. F Chillicothe, OH 45601 | | | Taxing Authority 5803 Lower Twin Rd. South Salem, OH VALUE $32,000.00 | X | | X | 1,635.00 | Undetermined |
| ACCOUNT NO. Town of Sturbridge Finance Dept. 308 Main Street Sturbridge, MA 01566 | | | Taxing Authority 55 Whittemore Road Sturbridge, MA VALUE $500,000.00 | X | | X | 5,061.00 | Undetermined |
| Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal ▶ (Total of this page) | | | | $149,696.00 | Undetermined |
| | | | Total ▶ (Use only on last page) | | | | $151,993.00 | Undetermined |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

2734288.3

B 6E (Official Form 6E) (12/07)

In re   Homevest Capital, LLC   ,                                Case No.  09-10602 (CSS)
                          Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re  Homevest Capital, LLC                              ,      Case No. 09-10602 (CSS)
                      **Debtor**                                                                  **(if known)**

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                                       0   continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

In re  Homevest Capital, LLC                    ,    Case No. 09-10602 (CSS)
       **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet _____

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. _____ of __0__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)  $          $

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $   $

B 6F (Official Form 6F) (12/07)

In re __Homevest Capital, LLC__                                              Case No.    __09-10602 (CSS)__
                          **Debtor**                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOPINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Alpha Treatment & E. Pickett <br> 501 Brentwood Stair Road <br> Fort Worth, TX 76112 | | | Litigation Claim | X | X | X | Undetermined |
| ACCOUNT NO. 30615710 <br> Anderson, Burns & Vela, LLP <br> 8111 LBJ Freeway <br> Suite 480 <br> Dallas, TX 75251 | X | | Vendor Payable <br> Legal Services <br> Various Dates | | | | 302.50 |
| ACCOUNT NO. <br> Gloria Avila <br> 60 Warren Street <br> Revere, MA 02151 | | | Litigation Claim | X | X | X | Undetermined |
| ACCOUNT NO. <br> Insurmark <br> 4 West Main Street <br> Suite 600 <br> Springfield, OH 45502 | X | | Vendor Payable – Insurance on REO property <br> 2/1/09 to 2/20/09 | | X | | 1,254.31 |

___ continuation sheets attached to Schedule of

Subtotals➤ $1,556.81

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re __Homevest Capital, LLC__                                         Case No. _____09-10602 (CSS)_____
               Debtor                                                              (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 30694130<br>Lamm Rubenstone LLC<br>3600 Horizon Blvd., Ste 200<br>Trevose, PA 19053 | X | | Vendor Payable<br>Legal Services<br>Various Dates | | | | 4,369.81 |
| ACCOUNT NO. 30694190<br>Lamm Rubenstone LLC<br>3600 Horizon Blvd., Ste 200<br>Trevose, PA 19053 | X | | Vendor Payable<br>Legal Services<br>Various Dates | | | | 482.50 |
| ACCOUNT NO.<br>MERS<br>13059 Collections Center Dr.<br>Chicago, IL 60693 | X | | Vendor Payable Servicing transfer expenses<br>2/09 | | | | 39,781.95 |
| ACCOUNT NO.<br>United Mort. & Loan Inv LLC<br>6701 Carmel Rd., Ste. 110<br>Charlotte, NC 28226 | | | Intercompany Payable<br>Various Dates | | | | 5,583,735.00 |
| ACCOUNT NO.<br>Varde Partners, L.P.<br>8500 Normandale Lk #1570<br>Minneapolis, MN 55437 | | | Deficiency claim following 11/24/08 foreclosure sale w/respect to loan agmt dated 9/30/05 | X | X | X | 0.00 |

Sheet no. 2 of 3 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $5,628,369.26

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07)

In re __Homevest Capital, LLC__          Case No. _____09-10602 (CSS)_____
                         **Debtor**                                                                  (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOPINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Raymond Sheetz<br>c/o Davis A. Eisenberg, Esquire<br>1132 Hamilton Street<br>Suite 204<br>Allentown, PA 18101 | | | Litigation claim | X | X | X | Undetermined |
| ACCOUNT NO. 30694190<br>Law Office of Ronald Ramos<br>c/o Law Offices of Nadine M. Nieto<br>1844 Lockhill Selma<br>Suite 102<br>San Antonio, TX 78213 | | | Litigation claim | X | X | X | Undetermined |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $

Total▶ $5,629,926.07
(Use only on last page of the completed Schedule F.)
(Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

2765604.5

B6G (Official Form 6G) (12/07)

In re  Homevest Capital, LLC                              Case No.           09-10602 (CSS)
            **Debtor**                                                                                                        **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| US Real Estate Services<br>25520 Commercenter Drive, Ste. 200<br>Lake Forest, CA 92630 | Listing agreement for residential and commercial REO acquired through foreclosure. |
| Nations REO<br>10500 Barkley, Ste. 100<br>Overland Park, KS 66212 | Listing agreement for residential and commercial REO acquired through foreclosure. |
|  |  |
|  |  |
|  |  |

2767409.1

B 6H (Official Form 6H) (12/07)

In re   Homevest Capital, LLC   ,   Case No.   09-10602 (CSS)
   **Debtor**     (if known)

# SCHEDULE H – CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR* | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Värde Partners<br>8500 Normandale Lake Blvd.<br>Suite 1570<br>Minneapolis, MN  55437 | MERS<br>13059 Collection Center Drive<br>Chicago, IL  60693 |
| Värde Partners<br>8500 Normandale Lake Blvd.<br>Suite 1570<br>Minneapolis, MN  55437 | Lamm Rubenstone LLC<br>3600 Horizon Blvd., Suite 200<br>Trevose, PA  19053 |
| Värde Partners<br>8500 Normandale Lake Blvd.<br>Suite 1570<br>Minneapolis, MN  55437 | Anderson, Burns & Vela LLP<br>8111 LBJ Freeway<br>Suite 480<br>Dallas, TX  75251 |
| United Mortgage & Loan Investment, LLC<br>6701 Carmel Road<br>Charlotte, NC 28226 | Insurmark<br>4 West Main Street<br>Suite 600<br>Springfield, OH  45502 |
| United Mortgage & Loan Investment, LLC<br>6701 Carmel Road<br>Charlotte, NC 28226 | Anderson, Burns & Vela, LLP<br>8111 LBJ Freeway<br>Suite 480<br>Dallas, TX  75251 |
| United Mortgage & Loan Investment, LLC<br>6701 Carmel Road<br>Charlotte, NC 28226 | Lamm Rubenston LLC<br>3600 Horizon Blvd.<br>Suite 200<br>Trevose, PA  19053 |

2734296.4

\* Listed entity may or may not be liable to creditor.

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Homevest Capital, LLC  ,  Case No. 09-10602 (CSS)
       ------Debtor------                    ------(if known)------

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____
                                              Debtor

Date _____     Signature: _____
                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,            Social Security No.
of Bankruptcy Petition Preparer                     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____                             _____
Signature of Bankruptcy Petition Preparer           Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Vice President  [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  LLC  [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  17  sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date  3-9-09                         Signature: _____
                                                 Scott Hoehn
                                     [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.